IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LINDA HOLDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CIV-04-1098-L |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner, Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Plaintiff brings this action pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of the Social Security Administration denying her application for disability insurance benefits after July 16, 2002.  Pursuant to 28 U.S.C. § 636(b), this matter was referred to the Honorable Shon T. Erwin for initial decision.  On October 25, 2005, Judge Erwin issued Findings and Recommendation recommending that the Commissioner's decision be reversed and that this matter be remanded to the Commissioner for further proceedings.

The court file reflects that no party objected to the Findings and Recommendation within the time limits prescribed.  Having conducted a *de novo* review of this matter, the court finds that the Findings and Recommendation should be adopted in its entirety.  The decision of the Commissioner is therefore

REVERSED. This matter is REMANDED to the Commissioner for further proceedings. Judgment will issue accordingly.

It is so ordered this 29th day of November, 2005.

*Tim Leonard*
TIM LEONARD
United States District Judge